**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1670**

ISAAC A. POTTER, JR.,

Plaintiff - Appellant,

v.

MICHELLE K. LEE; JENNIFER KRISP; ROBERTA A. BREN; DENISE
DELGIZZIE; TERESA STANEK REA; ERIC MCWILLIAMS; FAITH BAKER;
VALARIE STEVEN; VERONICA P. WHITE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema,
District Judge. (1:15-cv-00695-LMB-JFA)

Submitted:  September 9, 2015      Decided:  September 11, 2015

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Isaac A. Potter, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac A. Potter, Jr., appeals the district court's order dismissing his civil action pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Potter v. Lee, No. 1:15-cv-00695-LMB-JFA (E.D. Va. June 5, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED